FILED: December 18, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-4566
(5:13-cr-00174-BO-1)
_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

JONQUILL MCKINLEY, a/k/a Quill

      Defendant - Appellant

_____

O R D E R
_____

The court defers consideration of appellant's third motion for extension of time to file the opening brief and joint appendix. Consideration is deferred until January 5, 2015. If the brief and joint appendix are filed by that date, an extension will be granted. If the brief and joint appendix are not filed by that date, an extension will be denied, and counsel will be in default of this court's filing requirements.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk